UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA          CASE NO. 3:19-CR-00105-01

VERSUS                            JUDGE DONALD E. WALTER

KEVIN MELENDEZ-VASQUEZ (01)       MAGISTRATE JUDGE HAYES

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED** that the Court accepts the guilty plea of the defendant Kevin Melendez-Vasquez, and adjudges him guilty of the offense charged in Count One of the Indictment.

**IT IS FURTHER ORDERED** that the Court accepts defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition seized in this matter.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, this 30th day of August 2019.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE